**SEALED**   **FILED**

MAR 05 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

McGREGOR W. SCOTT
United States Attorney
THOMAS M. NEWMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDGAR HERNANDEZ, <br><br> Defendant. | CASE NO. 1:19 MJ 0 0 0 5 3 EPG <br><br> [PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS <br><br> **UNDER SEAL** |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the arrest warrant, complaint, and affidavit in this case shall be filed under seal and shall not be disclosed to any person, until the defendant has been arrested; and

IT IS FURTHER ORDERED that the government's motion to seal shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: March 5, 2019

Hon. Erica P. Grosjean
U.S. MAGISTRATE JUDGE

SEALING ORDER

1